**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA**

Case Number: 1:19-CV-22788-KMW

ANDRES GOMEZ,

        Plaintiff,

v.

EARLS KITCHEN & BAR,

        Defendant.

_____/

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL
OF DEFENDANT WITH PREJUDICE**

Plaintiff, ANDRES GOMEZ ("Plaintiff"), by and through undersigned counsel and pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, hereby provide this Notice to the Court and to all relevant parties of Plaintiff's voluntary dismissal of Defendant, EARLS KITCHEN & BAR, with Prejudice.

Respectfully submitted this 29TH day of August, 2019.

                                              */s/ Alberto R. Leal*
                                              Alberto R. Leal
                                              Florida Bar No.: 1002345
                                              The Leal Law Firm, P.A.
                                              9314 Forest Hill Boulevard, #62
                                              Wellington, FL 33411
                                              Phone: 561-237-2740
                                              Facsimile: 561-237-2741
                                              E-Mail: al@thelealfirm.com

                                              Attorney for Plaintiff

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 29TH day of August, 2019, we electronically filed the forgoing with the Clerk of the Court by using the CM/ECF system.

*/s/ Alberto R. Leal*
Alberto R. Leal
Florida Bar No.: 1002345